UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| ASKEW, RYAN ARRYL § | Case No. 14-06221-JMC-7 |
| ASKEW, CHARNELL LYNN § | |
| § | |
| Debtor(s) § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JENICE GOLSON-DUNLAP, ESQUIRE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 6,200.00                                Assets Exempt: 1,710.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,877.74                Claims Discharged
                                                          Without Payment: 38,235.70

Total Expenses of Administration: 1,059.26

3) Total gross receipts of $ 9,437.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,500.00 (see **Exhibit 2**), yielded net receipts of $ 2,937.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,059.26 | 1,059.26 | 1,059.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,981.00 | 16,132.44 | 16,132.44 | 1,877.74 |
| **TOTAL DISBURSEMENTS** | $ 23,981.00 | $ 17,191.70 | $ 17,191.70 | $ 2,937.00 |

4) This case was originally filed under chapter 7 on 07/01/2014 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/05/2015          By:         /s/JENICE GOLSON-DUNLAP, ESQUIRE
                                                                              JENICE GOLSON-DUNLAP, ESQUIRE
JENICE GOLSON-DUNLAP, P.C.
CHAPTER 7 TRUSTEE
1 N. PENNSYLVANIA ST., SUITE 1050
INDIANAPOLIS, IN 46204
Phone: (317) 263-3580
Fax: (317) 663-2898
Email: jgolson-dunlap@epiqtrustee.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIQUIDATED CLAIMS | 1124-000 | 9,437.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,437.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RYAN ARRYL ASKEW | Non-Estate Funds Paid to Third Parties | 8500-002 | 6,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,500.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 14-06221-JMC-7A    Doc 30    Filed 06/16/15    EOD 06/16/15 12:18:58    Pg 5 of 13

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENICE GOLSON-DUNLAP, TRUSEE | 2100-000 | NA | 734.25 | 734.25 | 734.25 |
| JENICE GOLSON-DUNLAP, TRUSEE | 2200-000 | NA | 64.01 | 64.01 | 64.01 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| CLERK | 2700-000 | NA | 251.00 | 251.00 | 251.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,059.26 | $ 1,059.26 | $ 1,059.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDR Room N203 100 N. Senate Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 21126 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate LLC 7525 W. Campus Rod New Albany, OH 43054 | | 219.00 | NA | NA | 0.00 |
| | Amber Woods Cooperative 10202 John Jay Drive Indianapolis, IN 46235 | | 855.00 | NA | NA | 0.00 |
| | American Financial Credit 10333 N. Meridian St. Indianapolis, IN 46290 | | 170.00 | NA | NA | 0.00 |
| | Barron Property Service 3718 E Michigan St Indianapolis, IN 46201 | | 4,500.00 | NA | NA | 0.00 |
| | Contract Callers 501 Green Street 3rd F Augusta, GA 30901 | | 1,029.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept of Education/Sallie Mae 1110 USA Parkway Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |
| | Diversified Consultants 105550 Deerwood Park Blvd 309 Jacksonville, FL 32256 | | 985.00 | NA | NA | 0.00 |
| | Eagle Accounts Group 7510 S. Madison Avenue Indianapolis, IN 46227 | | 610.00 | NA | NA | 0.00 |
| | Eagle Accounts Group 7510 S. Madison Avenue Indianapolis, IN 46227 | | 1,100.00 | NA | NA | 0.00 |
| | Enhanced Recovery Co 8014 Basyberry Rd Jacksonville, FL 32256 | | 1,805.00 | NA | NA | 0.00 |
| | Enhanced Recovery Co 8014 Basyberry Rd Jacksonville, FL 32256 | | 230.00 | NA | NA | 0.00 |
| | Equifax Attn: Bankruptcy Dept. POB 740241 Atlanta, GA 30374 | | 0.00 | NA | NA | 0.00 |
| | Experian Attn: Bankruptcy Dept. POB 2002 Allen, TX 75013 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris & Harris Ltd 111 W Jackson Blvd S-400 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Harris & Harris Ltd 111 W Jackson Blvd S-400 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | IEI Financial 2495 Directors Row Ste. A Indianapolis, IN 46241 | | 0.00 | NA | NA | 0.00 |
| | ISM 251 N. Illinois St. Ste 40 Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |
| | JVM Realty Corp./Oaktree Apartments 9012 Pinehurst Dr North Indianapolis, IN 46235 | | 2,150.00 | NA | NA | 0.00 |
| | Receivables Performance 20816 44th Ave W Lynnwood, WA 98036 | | 1,200.00 | NA | NA | 0.00 |
| | SCS Credit 900 E. Colfax Ave.  POB 1917 South Bend, IN 46617 | | 8,000.00 | NA | NA | 0.00 |
| | Transunion Attn: Bankruptcy Dept. POB 1000 Chester, PA 19022 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unique National Coll. 119 E. Maple St Jeffersonville, IN 47130 | | 188.00 | NA | NA | 0.00 |
| | Unique National Coll. 119 E. Maple St Jeffersonville, IN 47130 | | 100.00 | NA | NA | 0.00 |
| | Virtuoso Sourcing Grp 4500 E. Cherry Creek S Denver, CO 80246 | | 610.00 | NA | NA | 0.00 |
| | West Asset Management 2703 W. Highway 75 Sherman, TX 75092 | | 230.00 | NA | NA | 0.00 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 97.27 | 97.27 | 11.32 |
| 2 | IRS | 7100-000 | NA | 300.00 | 300.00 | 34.92 |
| 3 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 9,227.88 | 9,227.88 | 1,074.08 |
| 1 | SCS CREDIT CORP. | 7100-000 | NA | 6,507.29 | 6,507.29 | 757.42 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 23,981.00 | $ 16,132.44 | $ 16,132.44 | $ 1,877.74 |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-06221 | JMC | Judge: JAMES M. CARR | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|---|---|
| Case Name: | ASKEW, RYAN ARRYL | | | Date Filed (f) or Converted (c): | 07/01/14 (f) |
| | ASKEW, CHARNELL LYNN | | | 341(a) Meeting Date: | 08/19/14 |
| For Period Ending: | 06/05/15 | | | Claims Bar Date: | 12/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 5.00 | 0.00 | OA | 0.00 | FA |
| Checking account located at:Financial Health FCU Market value is balance on day of filing. | | | | | |
| 2. HOUSEHOLD GOODS | 1,500.00 | 0.00 | OA | 0.00 | FA |
| Used household goods and furniture at residence Location: 1315 Lemans Court Apt. 726, Indianapolis IN 46205 | | | | | |
| 3. WEARING APPAREL | 100.00 | 0.00 | OA | 0.00 | FA |
| Used personal clothing at residence | | | | | |
| 4. FURS AND JEWELRY | 100.00 | 0.00 | OA | 0.00 | FA |
| wqedding rings | | | | | |
| 5. FIREARMS AND HOBBY EQUIPMENT | 5.00 | 0.00 | OA | 0.00 | FA |
| basketball | | | | | |
| 6. PENSION / PROFIT SHARING | Unknown | Unknown | OA | 0.00 | FA |
| 401(K) | | | | | |
| 7. SUPPORT | 6,200.00 | 0.00 | OA | 0.00 | FA |
| back child support (amount estimated) | | | | | |
| 8. LIQUIDATED CLAIMS | 0.00 | 2,885.00 | | 9,437.00 | FA |
| Anticipated IRS tax refund | | | | | |
| 9. 25% WAGES DUE TO DEBTOR (u) | 0.00 | 52.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $7,910.00 | $2,937.00 | | $9,437.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1

Ver: 18.05

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-06221    JMC    Judge: JAMES M. CARR | Trustee Name: JENICE GOLSON-DUNLAP, ESQUIRE |
| Case Name: | ASKEW, RYAN ARRYL | Date Filed (f) or Converted (c): 07/01/14 (f) |
| | ASKEW, CHARNELL LYNN | 341(a) Meeting Date: 08/19/14 |
| | | Claims Bar Date: 12/26/14 |

Assets are 2014 state and federal tax refunds and 25% of wages

Initial Projected Date of Final Report (TFR): 07/01/16      Current Projected Date of Final Report (TFR): 07/01/16

/s/    JENICE GOLSON-DUNLAP, ESQUIRE
_____   Date: 06/05/15
JENICE GOLSON-DUNLAP, ESQUIRE
JENICE GOLSON-DUNLAP, P.C.
CHAPTER 7 TRUSTEE
1 N. PENNSYLVANIA ST., SUITE 1050
INDIANAPOLIS, IN  46204
Phone: (317) 263-3580
Email: jgolson-dunlap@epiqtrustee.com
Bar Number: 17179-49

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-06221 -JMC | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|
| Case Name: | ASKEW, RYAN ARRYL | Bank Name: | ASSOCIATED BANK |
| | ASKEW, CHARNELL LYNN | Account Number / CD #: | *******4571  Checking Account |
| Taxpayer ID No: | *******7974 | | |
| For Period Ending: | 06/05/15 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/15 | 8 | UNITED STATES TREASURY<br>KANSAS CITY MO | FEDERAL TAX REFUND | 1124-000 | 9,437.00 | | 9,437.00 |
| 02/26/15 | 010001 | RYAN ARRYL ASKEW<br>CHARNELL LYNN ASKEW<br>1315 LEMANS COURT<br>APT 726<br>INDIANAPOLIS, IN 46205 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>Proceeds due debtor from partial year 2014 tax refunds.<br>Amout owed estate for other assets deducted. | 8500-002 | | 6,500.00 | 2,937.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,927.00 |
| 03/18/15 | 010002 | Clerk, United States Bankruptcy Court<br>116 US Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46204 | COURT FILING FEE<br>Balance on order directing payment of cost of administration | 2700-000 | | 251.00 | 2,676.00 |
| 05/06/15 | 010003 | JENICE GOLSON-DUNLAP, TRUSEE<br>1 N. PENNSYLVANIA ST., SUITE 1050<br>INDIANAPOLIS, IN 46204 | Chapter 7 Compensation/Expense | | | 798.26 | 1,877.74 |
| | | | Fees         734.25 | 2100-000 | | | |
| | | | Expenses      64.01 | 2200-000 | | | |
| 05/06/15 | 010004 | SCS CREDIT CORP.<br>LEGAL DEPARTMENT<br>PO BOX 4020<br>SOUTH BEND, IN 46634 | Claim 1, Payment 11.63956%<br>ACCOUNT NUMBER 0362 | 7100-000 | | 757.42 | 1,120.32 |
| 05/06/15 | 010005 | IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Claim 2, Payment 11.64000%<br>ACCOUNT NUMBER 1908 | 7100-000 | | 34.92 | 1,085.40 |
| 05/06/15 | 010006 | NAVIENT SOLUTIONS, INC.<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Claim 3, Payment 11.63951%<br>ACCOUNT NUMBER 8108 | 7100-000 | | 1,074.08 | 11.32 |
| 05/06/15 | 010007 | AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848 | Claim 4, Payment 11.63771%<br>ACCOUNT NUMBER 0880 | 7100-000 | | 11.32 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-06221 -JMC | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|
| Case Name: | ASKEW, RYAN ARRYL | Bank Name: | ASSOCIATED BANK |
| | ASKEW, CHARNELL LYNN | Account Number / CD #: | *******4571  Checking Account |
| Taxpayer ID No: | *******7974 | | |
| For Period Ending: | 06/05/15 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | OKLAHOMA CITY, OK 73124-8848 | | | | | |

| | Account *******4571 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 9,437.00 | 7 | Checks | 9,427.00 |
| 0 | Interest Postings | | 0.00 | 1 | Adjustments Out | 10.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 9,437.00 | | | |
| 0 | Adjustments In | | 0.00 | | Total | $ 9,437.00 |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 9,437.00 | | | |

/s/Jenice Golson-Dunlap

Trustee's Signature: ___/s/___JENICE GOLSON-DUNLAP, ESQUIRE___ Date: 06/05/15
JENICE GOLSON-DUNLAP, ESQUIRE

LFORM2T4  **UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*                             Ver: 18.05